**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CDL 1000, INC., an Illinois corporation, | |
| Plaintiff, | Civil Action No. 2022-cv-00415 |
| v. | Honorable Joan Gottschall |
| SCOTT ROBERTSON, | Magistrate Judge Gabriel Fuentes |
| Defendant. | |

## PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff, CDL 1000, INC. ("CDL 1000"), by and through its attorneys, JOHNSON & BELL, LTD, respectfully moves this Honorable Court pursuant to Fed. R. Civ. P. 65 for the entry of a temporary restraining order and a preliminary injunction against Defendant, SCOTT ROBERTSON ("Robertson"). In support of its motion, CDL 1000 states as follows:

1. CDL 1000 has filed and is serving Robertson with a Complaint for Injunctive and Other Relief ("Complaint"). The Complaint is incorporated herein by reference.

2. CDL 1000 is filing contemporaneously herewith a Memorandum of Law in Support of Its Motion for Temporary Restraining Order and Preliminary Injunction ("Memorandum of Law"). The Memorandum of Law is incorporated herein by reference.

3. An attempt is being made to serve the Complaint, this motion, and accompanying Memorandum of Law v*ia* personal service and email.

WHEREFORE, Plaintiff, CDL 1000, INC., respectfully requests that this Honorable Court enter an order against Defendant SCOTT ROBERTSON for the following:

A.     A TRO and preliminary injunction enjoining Robertson from accessing or attempting to access the Intercepted Emails and Platform Accounts (as those terms are defined in the Memorandum of Law);

B.     A TRO and preliminary injunction enjoining Robertson from using the contents obtained from the Intercepted Emails and Platform Accounts;

C.     A TRO and preliminary injunction enjoining Robertson from disclosing to third parties the contents of the Intercepted Emails and Platform Accounts;

D.     A TRO and preliminary injunction enjoining Robertson from using a third party to engage in any of the foregoing conduct;

E.     A preliminary and permanent mandatory injunction requiring Robertson to permanently erase all electronic or other copies of the Intercepted Emails, their contents, and the contents of or passwords to the Platform Accounts;

F.     A preliminary and permanent mandatory injunction requiring Robertson to return to CDL 1000 any and all written materials, including copies thereof, and/or computer disks, flash drives, diskettes, databases and/or other retrievable data (whether encoded, taped, or coded electrically, electromagnetically, or otherwise) which reflect, refer or relate to the Intercepted Emails or Platform Accounts, and any copies thereof that may be in Robertson's possession; and

G.     Granting any other relief this Court deems just and fair.

Respectfully submitted,

CDL 1000, INC.

Joseph R. Marconi, ARDC #1760173
Genevieve LeFevour, ARDC #6290033
Victor J. Pioli, ARDC #6256527
Ramses Jalalpour, ARDC #6313128
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
312.372.0770 (T)
marconij@jbltd.com
lefevourg@jbltd.com
pioliv@jbltd.com
jalalpourr@jbltd.com
*Attorneys for Plaintiff*
 *CDL 1000, Inc.*

By:  /s/ *Joseph R. Marconi*
       One of Its Attorneys